UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---------------------------------------------------------------------------X
SANDRA GUTIERREZ, GLADYS SELENE RAMON, :
MADELYN RAMON, ARTURO LARA MUNOZ, :
LIVIA GUTIERREZ on behalf of themselves and all : Civ. Action No.:
others similarly situated, and : 21 Civ. 0855 (SVN)
TAYLOR PROTO, for herself :
                                **Plaintiffs,** :
 :
vs. :
 :
LOS MARIACHIS, LLC, FOOD TRUCKS, LLC, :
LOREN AGUIRRE, and JOSEPH FLAMINI :
 :
                                **Defendants.** :
---------------------------------------------------------------------------X   SEPTEMBER 29, 2022

## JOINT MOTION TO APPROVE FLSA SETTLEMENT AND FOR REFERRAL TO MAGISTRATE JUDGE FARRISH

Plaintiffs and Defendants, through their undersigned counsel, jointly move the Court to approve the settlement of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). For the reasons set forth in the attached memorandum of law, the Court should approve this settlement as a fair and reasonable compromise of this FLSA action. A copy of the proposed settlement agreement is attached hereto. (The parties intend to file a fully executed agreement with the Court once it has been signed by all parties.)

The parties also jointly request that the Court refer this motion to Magistrate Judge Farrish for decision. On September 16, 2021, the Court referred this matter to Judge Farrish for settlement purposes. (Doc. No. 28.) Over the course of the last year, Judge Farrish has assisted the parties with multiple settlement conferences, and multiple *ex parte* settlement communications with counsel in an effort to help the parties reach a resolution of this matter. In light of Judge Farrish's familiarity with this matter and the history of the negotiations which led

to the settlement, it would be prudent and in accordance with judicial efficiency for this motion to be referred to Judge Farrish for decision. If the Court grants this request and refers this motion to Judge Farrish for decision, the parties will promptly execute and file a consent form to enable Judge Farrish to render a final decision in this matter.

.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By: /s/ Todd Steigman<br>Todd Steigman (ct26875)<br>tsteigman@mppjustice.com<br>MADSEN, PRESTLEY &<br>PARENTEAU, LLC<br>402 Asylum Street<br>Hartford, CT  06103<br>Telephone: (860) 246-2466<br>Facsimile:  (860) 246-1794 | By: /s/_____<br>Paul S. Tagatac (ct08548)<br>Michelson, Kane, Royster & Barger, P.C.<br>10 Columbus Boulevard<br>Hartford, Connecticut 06106<br>Phone: (860) 522-1243<br>Fax: (860) 548-0194<br>ptagatac@mkrb.com |

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       s/_____
         Todd Steigman